# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
OCT - 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Bruce Martin LaBelle, Defendant. | Case Number CR 05-572 JF<br>ORDER - CJA CONTRIBUTION(s) DUE |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

**IT IS HEREBY ORDERED THAT:**

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $50 for 10 months then 100 PER MONTH, until the case is concluded or until further order of the Court, commencing:

  [✓] That certain date of __10/15__ and the SAME DAY each month thereafter;

  [ ] The first day of _____ and the FIRST DAY of each month thereafter;

  [ ] MAIL TO:  Clerk, U. S. District Court
                280 South First Street, Room 2112
                San Jose, CA. 95113-3095

**Please indicate that this is a CJA payment and include the case number shown above.**

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

  [ ] That certain date of _____ ;

  [ ] MAIL TO:  Clerk, U. S. District Court
                280 South First Street, Room 2112
                San Jose, CA. 95113-3095

**Please indicate that this is a CJA Payment and include the case number shown above.**

DATED: 10/6/05

Howard R. Lloyd, U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72 (Rev. 8/82)