IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00572 JF / RS |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER MODIFYING |
| v. | ) | PRETRIAL RELEASE CONDITIONS |
| | ) | PERTAINING TO TRAVEL |
| BRUCE MARTIN LABELLE, | ) | RESTRICTION |
| | ) | |
| Defendant. | ) | |
| | ) | Honorable Howard R. Lloyd |

Defendant Bruce Martin LaBelle is presently on pretrial release subject to certain conditions. The parties, with the agreement of Pretrial Services Officer Hien Nguyen, have stipulated that Mr. LaBelle's conditions of release may be modified to allow him to travel in the Eastern District of California as well as the Northern District of California without the need for prior approval by the Court. However, Officer Nguyen requests that Mr. LaBelle continue to advise her of his travel plans in the Eastern District prior to his departure.

GOOD CAUSE APPEARING, it is HEREBY ORDERED that the travel restriction imposed upon Mr. LaBelle be modified to authorize him to travel in both the Northern and Eastern Districts of California without prior court approval. Mr. LaBelle is still required to advise Pretrial Services of his travel plans in advance.

1     All other conditions of release will remain in effect.

2     IT IS SO ORDERED.

3 Dated: 3/9/06

4                                         HOWARD R. LLOYD
                                            United States Magistrate Judge

Case 5:05-cr-00572-JF   Document 17   Filed 03/09/2006   Page 2 of 2

STIP. TO MODIFY BOND CONDITIONS
No. CR 05-00572 JF / RS                 2