1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LABELLE

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,       )   No. CR 05-00572 JF
                                    )
12              Plaintiff,          )
                                    )   **STIPULATION TO CONTINUE**
13  v.                              )   **HEARING AND EXCLUDE TIME;**
                                    )   **[PROPOSED] ORDER**
14  BRUCE MARTIN LABELLE,           )
                                    )
15              Defendant.          )
                                    )
16  _____ )

17

18      Defendant and the government, through their respective counsel, hereby stipulate that,

19  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

20  Wednesday, March 08, 2006, at 9:00 a.m., be continued to Wednesday, May 3, 2006, at 9:00

21  a.m.  The parties request the continuance because the defense is waiting for additional discovery

22  to be provided by the government.

23      The parties further agree that time should be excluded under the Speedy Trial Act from

24  March 08, 2006, to May 3, 2006, because the defense requires time for investigation and

25  preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy

26

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00572 JF                          1

1  trial.

2

3  Dated:  March _7_, 2006                    _____/s/_____
                                              LARA S. VINNARD
4                                             Assistant Federal Public Defender

5  Dated: March _7_, 2006                     _____/s/_____
                                              JEFF NEDROW
6                                             Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00572 JF                          2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>BRUCE MARTIN LABELLE,<br><br>　　　　　Defendant.<br>_____ | No. CR 05-00572 JF<br>**ORDER CONTINUING**<br>**HEARING AND EXCLUDING TIME** |

　　　　The parties have jointly requested a continuance of the hearing set for March 08, 2006, on grounds that defense is waiting for additional discovery to be provided by the government.

　　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for March 08, 2006, be continued to May 3, 2006, at 9:00 a.m.

　　　　Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 08, 2006, to May 3, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  3/9/06

　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER CONTINUING HEARING
No. CR 05-00572 JF                       3