1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender         **E-filed 5/10/06**
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LABELLE

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,            )   No. CR 05-0572 JF
                                        )
13         Plaintiff,                   )   **STIPULATION TO SET BRIEFING
                                        )   SCHEDULE; CONTINUE HEARING;
14 v.                                   )   AND EXCLUDE TIME;
                                        )   [PROPOSED] ORDER**
15 BRUCE MARTIN LABELLE,                )
                                        )
16         Defendant.                   )
   _____)

17

18      Defendant and the government, through their respective counsel, hereby stipulate that,

19 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

20 Wednesday, May 3, 2006, at 9:00 a.m., be continued to Wednesday, August 23, 2006, 2006, at

21 9:00 a.m.  The continuance is requested because the defense is reviewing voluminous discovery

22 and because the defense requires time to prepare a motion to dismiss the indictment for

23 prejudicial pre-indictment delay.  The parties anticipate that the defendant's motion will be

24 argued and submitted to the Court on August 23, 2006.

25

26
   STIPULATION TO SET BRIEFING
   SCHEDULE AND CONTINUE
   HEARING DATE
   No. CR 05-0572 JF                    1

1     The parties further stipulate to the following schedule for the filing and hearing of the
2 defendant's motion:

3     Defendant's motion filed:    June 28, 2006

4     Government's opposition filed:    July 26, 2006

5     Defendant's reply filed:    August 9, 2006

6     Hearing on motion:    August 23, 2006

7     Finally, the parties agree that time should be excluded under the Speedy Trial Act until
8 the next hearing of this matter because the defense requires time for investigation and
9 preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy
10 trial.

11 Dated: 5/1/06        _____/s/_____
    LARA S. VINNARD
12     Assistant Federal Public Defender

13 Dated: 5/1/06        _____/s/_____
    JEFF NEDROW
14     Assistant United States Attorney

STIPULATION TO SET BRIEFING
SCHEDULE AND CONTINUE
HEARING DATE
No. CR 05-0572 JF    2

**E-filed 5/10/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0572 JF |
| Plaintiff, | ) ) | **[PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME** |
| v. | ) ) | |
| BRUCE MARTIN LABELLE, | ) ) | |
| Defendant. | ) ) | |

The parties have jointly requested a continuance of the hearing set for May 3, 2006, on grounds that defense investigation and preparation are ongoing. Additionally, the defense intends to file a motion to dismiss the indictment on grounds of pre-indictment delay. Pursuant to the stipulation of the parties, the Court adopts the schedule set forth below for the filing and hearing of the defendant's motion:

| | |
|---|---|
| Defendant's motion filed: | June 28, 2006 |
| Government's opposition filed: | July 26, 2006 |
| Defendant's reply filed: | August 9, 2006 |
| Hearing on motion: | August 23, 2006 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for May 3, 2006, be continued to August 23, 2006, at 9:00 a.m.

1 | Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
2 | from May 3, 2006, to August 23, 2006, shall be excluded from the period of time within which
3 | trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   5/8/06

_____
JEREMY FOGEL
United States District Judge

ORDER SETTING BRIEFING SCHEDULE
AND CONTINUING HEARING
No. CR 05-0572 JF                             4