**E-filed 7/13/06**

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LABELLE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA,        ) No. CR 05-0572 JF
                                     )
13 |         Plaintiff,               ) **STIPULATION TO RESET BRIEFING
                                     )   SCHEDULE; [PROPOSED] ORDER**
14 | v.                               )
                                     )
15 | BRUCE MARTIN LABELLE,            )
                                     )
16 |         Defendant.               )
   |_____  )

17

18     Defendant and the government, through their respective counsel, hereby stipulate that,

19 subject to the court's approval, the briefing schedule may be reset on the defendant's motion to

20 dismiss for pre-indictment delay.  The hearing date on the motion, August 23, 2006, 2006, will

21 remain unchanged, and time has already been excluded until that date pursuant to a previous

22 order.

23     The defense requests that the schedule be reset because the defense requires additional

24 time to attempt to speak with several witnesses, to review documents provided by the

25 government, and to conduct additional investigation regarding events occurring approximately

26 eight years ago.

STIPULATION TO RESET BRIEFING
SCHEDULE
No. CR 05-0572 JF                         1

1  The parties stipulate to the following schedule for the filing and hearing of the
2  defendant's motion:

3 | Defendant's motion filed: | July 14, 2006
4 | Government's opposition filed: | August 4, 2006
5 | Defendant's reply filed: | August 16, 2006
6 | Hearing on motion: | August 23, 2006

7

8  Dated: 7/12/06              _____/s/_____
                               LARA S. VINNARD
9                              Assistant Federal Public Defender

10 Dated: 7/12/06              _____/s/_____
                               JEFF NEDROW
11                             Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO RESET BRIEFING
SCHEDULE
No. CR 05-0572 JF                            2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRUCE MARTIN LABELLE, )<br>)<br>Defendant. )<br>_____ ) | No. CR 05-0572 JF<br><br>**[PROPOSED] ORDER RESETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION** |

The parties have jointly requested that the briefing schedule be reset on the defendant's motion to dismiss the indictment on grounds of pre-indictment delay. The hearing date of August 23, 2006, will remain unchanged.

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the Court adopts the schedule set forth below for the filing and hearing of the defendant's motion:

| | |
|---|---|
| Defendant's motion filed: | July 14, 2006 |
| Government's opposition filed: | August 4, 2006 |
| Defendant's reply filed: | August 16, 2006 |
| Hearing on motion: | August 23, 2006 |

IT IS SO ORDERED.

Dated:   7/13/06

_____
JEREMY FOGEL
United States District Judge

ORDER SETTING BRIEFING SCHEDULE
No. CR 05-0572 JF                                3