| | |
|---|---|
| BARRY J. PORTMAN<br>Federal Public Defender<br>LARA VINNARD<br>Assistant Federal Public Defender<br>160 W. Santa Clara St., Suite 575<br>San Jose, CA 95113<br>Telephone:  (408) 291-7753<br><br>Counsel for Defendant LABELLE | **E-filed 7/19/06** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>BRUCE MARTIN LABELLE,<br><br>           Defendant. | No. CR 05-00572 JF<br><br>**DEFENDANT'S REQUEST TO FILE OVERSIZE BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS; [PROPOSED] ORDER**<br><br>Date: August 23, 2006<br>Time: 9:00 a.m.<br>Honorable Jeremy Fogel |

      Defendant Bruce Martin LaBelle, through counsel, respectfully requests permission from the Court to file an oversize brief, which permission is required by Criminal Local Rule 47-2 and Civil Local Rule 7-4(b).  The oversize brief, which is 34 pages in length, contains two motions: (1) a motion to dismiss the indictment on grounds of prejudicial pre-indictment delay, and (2) in the alternative, to exclude the statements of an unindicted co-conspirator.   This is an alleged bank fraud case, and the brief is oversize because it addresses two separate legal issues, and because the underlying facts are lengthy and complex.  A proposed order is submitted herewith.

Dated: July 18, 2006

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/

LARA S. VINNARD
Assistant Federal Public Defender

**ORDER**

GOOD CAUSE APPEARING, the defendant is permitted to file an oversize brief in support of his motion to dismiss the indictment on grounds of pre-indictment delay, or in the alternative, to exclude statements of an unindicted co-conspirator.

IT IS SO ORDERED.

Dated:    7/19/06

_____
HONORABLE JEREMY FOGEL
United States District Judge