**E-filed 8/31/06**

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LABELLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00572 JF |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **MOTIONS HEARING DATE AND** |
|  | ) | **EXCLUDE TIME; [P**~~ROPOSED~~**] ORDER** |
| BRUCE LABELLE, | ) |  |
| Defendant. | ) |  |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the motions hearing date in the above-captioned matter, presently scheduled for Thursday, August 31, 2006, at 9:00 a.m., be continued one week to Wednesday, September 6, 2006, at 9:00 a.m.  The continuance is requested because defense counsel is unavailable during the last week of August.

The parties further agree that time should be excluded under the Speedy Trial Act from August 31, 2006 to September 6, 2006, for continuity of counsel, so that the ends of justice outweigh the defendant's and the public's need for a speedy trial.

1  Dated: 8/25/06
2                                         LARA S. VINNARD
                                       Assistant Federal Public Defender

3  Dated:
4                                         JEFF NEDROW
                                       Assistant United States Attorney

## ORDER

The parties have jointly requested a one-week continuance of the motions hearing set for August 31, 2006, on grounds that defense counsel is unavailable during the last week of August.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for August 31, 2006, be continued to September 6, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation and the Court's finding, IT IS FURTHER ORDERED that the period of time from August 31, 2006, to September 6, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., for continuity of counsel.

Dated: 8/31/06

JEREMY FOGEL
United States District Judge