BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD   **e-filed 9/28/06
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone: (408) 291-7753

Counsel for Defendant LABELLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00572 JF |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| v. ) | **HEARING DATE AND EXCLUDE** |
| ) | **TIME; [PROPOSED] ORDER** |
| BRUCE LABELLE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Thursday, September 21, 2006, at 9:00 a.m., be continued two weeks to Wednesday, October 4, 2006, at 9:00 a.m.  The continuance is requested because the parties have scheduled a settlement conference with the Honorable Patricia V. Trumbull on September 26, 2006.  The parties agree that the status conference in this matter should be postponed until after the settlement conference has occurred.   Additionally, the defense requests the continuance to allow time for adequate preparation.

   The parties further agree that time should be excluded under the Speedy Trial Act from September 21, 2006 to October 4, 2006, for defense preparation, so that the ends of justice

1 outweigh the defendant's and the public's need for a speedy trial.

2 Dated: 9/18/06                                             _____/s/_____
                                                                              LARA S. VINNARD
3                                                                              Assistant Federal Public Defender

4 Dated: 9/19/06                                             _____/s/_____
                                                                              JEFF NEDROW
5                                                                              Assistant United States Attorney

6

7                                                **ORDER**

8          The parties have jointly requested a two-week continuance of the hearing set for

9 September 21, 2006, on grounds that the parties' settlement conference is scheduled for

10 September 26, 2006, and the parties agree that the next hearing in this matter should occur after

11 the settlement conference.  Additionally, the defense requires additional time for adequate

12 preparation.

13         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

14 presently set for September 21, 2006, be continued to October 4, 2006, at 9:00 a.m.

15         Pursuant to the parties' stipulation and the Court's finding, IT IS FURTHER ORDERED

16 that the period of time from September 21, 2006, to October 4, 2006, shall be excluded from the

17 period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161

18 et seq., to allow time for adequate defense preparation.

19 Dated:  9/21/06                                           _____
20                                                                              JEREMY FOGEL
                                                                              United States District Judge

21

22

23

24

25

26

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 06-0038 JF                                   2