**E-filed 10/10/06**

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LABELLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00572 JF |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| v. ) | **HEARING DATE AND EXCLUDE** |
| ) | **TIME; [PROPOSED] ORDER** |
| BRUCE LABELLE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Wednesday, October 4, 2006, at 9:00 a.m., be continued November 8, 2006, at 9:00 a.m.  The continuance is requested because the parties attended a settlement conference with the Honorable Patricia V. Trumbull on September 26, 2006.  Following that settlement conference, the parties intend to meet and confer regarding discovery issues, and anticipate further settlement discussions.  Additionally, the defense requests the continuance to allow time for adequate preparation.

The parties further agree that time should be excluded under the Speedy Trial Act from October 4, 2006, to November 8, 2006, for defense preparation, so that the ends of justice

1  outweigh the defendant's and the public's need for a speedy trial.

2  Dated: 10/4/06

          /s/
LARA S. VINNARD
3  Assistant Federal Public Defender

4  Dated: 10/4/06

          /s/
JEFF NEDROW
5  Assistant United States Attorney

7  **ORDER**

8      The parties have jointly requested a continuance of the hearing set for October 4, 2006,

9  on grounds that the parties are continuing to engage in settlement discussions and intend to meet

10  and confer regarding discovery. Additionally, the defense requires additional time for adequate

11  preparation.

12      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

13  presently set for October 4, 2006, be continued to November 8, 2006, at 9:00 a.m.

14      Pursuant to the parties' stipulation and the Court's finding, IT IS FURTHER ORDERED

15  that the period of time from October 4, 2006, to November 8, 2006, shall be excluded from the

16  period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161

17  et seq., to allow time for adequate defense preparation.

18  Dated: 10/10/06

19                                     JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 06-0038 JF          2