```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  LARA S. VINNARD
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant LABELLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00572 JF |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO VACATE HEARING** |
| v. | ) | **DATE DUE TO DEATH OF** |
|  | ) | **DEFENDANT; [PROPOSED] ORDER** |
| BRUCE LABELLE, | ) |  |
| Defendant. | ) |  |

The defense and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the next hearing date in the above-captioned matter, November 8, 2006, should be vacated because Mr. LaBelle has died. Government counsel is in the process of obtaining an official death certificate so that the government can file a motion to dismiss the indictment.

Dated: 11/6/06 _____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 11/6/06 _____/s/_____
JEFF NEDROW
Assistant United States Attorney

**\*\*E-filed 11/7/06\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00572 JF |
| Plaintiff, | **[PROPOSED] ORDER VACATING HEARING DATE DUE TO DEATH OF DEFENDANT** |
| v. | |
| BRUCE LABELLE, | |
| Defendant. | |

The parties have jointly requested that the hearing set for November 8, 2006, be vacated on grounds that Mr. LaBelle has died. The government anticipates moving to dismiss the indictment after it has obtained an official death certificate.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for November 8, 2006, be vacated.

Dated:   11/7/06

_____
JEREMY FOGEL
United States District Judge