1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LABELLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00572 JF |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO EXONERATE** |
| v. | ) | **CORPORATE SURETY BAIL BOND;** |
|  | ) | **[PROPOSED] ORDER** |
| BRUCE LABELLE, | ) |  |
| Defendant. | ) |  |

The defense and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the defendant's corporate surety bond may be exonerated because Mr. LaBelle has died.  The defendant's corporate surety bond, in the amount of $50,000, was held by Zig Zag Bail Bonds. Government counsel is in the process of obtaining an official death certificate so that the government can file a motion to dismiss the indictment.

Dated: 11/6/06                                        _____/s/_____
                                                      LARA S. VINNARD
                                                      Assistant Federal Public Defender

Dated: 11/6/06                                        _____/s/_____
                                                      JEFF NEDROW
                                                      Assistant United States Attorney

STIPULATION TO EXONERATE BOND;
[PROPOSED] ORDER
No. CR 05-00572 JF                                    1

\*\*E-filed 1/17/07\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>BRUCE LABELLE,<br><br>    Defendant. | No. CR 05-00572 JF<br><br>[~~PROPOSED~~] ORDER EXONERATING CORPORATE SURETY BAIL BOND |

  The parties have stipulated that the defendant's corporate surety bail bond, in the amount of $50,000, and held by Zig Zag Bail Bonds, may be exonerated, on grounds that Mr. LaBelle has died. The government anticipates moving to dismiss the indictment after it has obtained an official death certificate.

  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant's corporate surety bail bond be, and hereby is, exonerated.

Dated:  1/17/07

~~HOWARD R. LLOYD~~  JEREMY FOGEL
~~United States Magistrate Judge~~
           District Court Judge

ORDER EXONERATING BOND
No. CR 05-00572 JF                              2