1
2
3
4
5
6
7

FILED

MAR 2 3 2007

CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No.: 05-00572-JF |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| BRUCE MARTIN LABELLE, | ) | ORDER DISMISSING INDICTMENT |
| Defendant. | ) | |

In light of the government's motion, and for the reasons stated therein, the indictment filed under CR No.: 05-00572-JF as to defendant Bruce Martin LaBelle is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

DATED: 3-22, 2007

JEREMY FOGEL
United States District Judge

3